**No. 09-9924. Kenneth Coleman, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3861.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9926. Tyrone Wallace, Petitioner v. B. A. Bledsoe, Warden, et al.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3841.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9927. Keith Parker, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3851.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 562.

**No. 09-9928. Antonio Maurice Craig, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2421, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3779.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 446.

**No. 09-9929. McGhee Charles, Petitioner v. United States.**

559 U.S. 1113, 130 S. Ct. 2422, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3797.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9932. Daniel Lee Dove, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2422, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3801.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 877.

**No. 09-9933. Mark David Dyer, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2422, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3848.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 589 F.3d 520.

**No. 09-9934. Thomas Govan, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2422, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3713.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 71.

**No. 09-9935. Theron Jermaine Thompson, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2422, 176 L. Ed. 2d 936, 2010 U.S. LEXIS 3789.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 801.